**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOSEPH BENSON,

       Plaintiff,

  vs.                    Case No.:

AETNA LIFE INSURANCE COMPANY,

       Defendant.

## COMPLAINT

COMES NOW the Plaintiff, JOSEPH BENSON, by and through the undersigned attorney, and files this Complaint stating a cause of action against Defendant, AETNA LIFE INSURANCE COMPANY, and alleges as follows:

1. This is an action for recovery of benefits under an employee welfare benefit plan brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, JOSEPH BENSON, is an adult resident citizen of Escambia County, Florida.

3. Defendant, AETNA LIFE INSURANCE COMPANY (hereinafter "AETNA"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

5. On or about December 16, 2013, Plaintiff or Plaintiff's employer, Pri/Dji, A Services JV, purchased a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan"), with an effective date of October 1, 2013.

6. Plaintiff was hired by Pri/Dji, A Services JV, on or about October 1, 2001, and had an LTD insured effective date on or about October 1, 2013.

7. At all times material to this Complaint, the Plan was in full force and effect and Plaintiff was a Plan participant.

8. Defendant, AETNA, is in possession of all master Plan documents.

9. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret Plan provisions and is a Plan fiduciary, or alternatively, is a plan fiduciary without discretion to interpret Plan provisions.

10. On or about February 3, 2014, Plaintiff became totally disabled from his past employment as defined by the Plan, due to arthritis, total right knee replacement, total blindness in right eye, and other exertional and non-exertional impairments.

11. Plaintiff made an application for disability benefits under the Plan.

12. Plaintiff received benefits from May 4, 2014 through May 4, 2016.

13. On or about January 28, 2016, Defendant notified Plaintiff that his claim had been denied as a result of the carrier's recent completed review of his claim and that his benefits would be terminated effective May 4, 2016.

14. On or about July 21, 2016, Plaintiff appealed said denial of benefits.

15. On or about July 22, 2016, Defendant acknowledged receipt of Plaintiff's appeal.

16. On or about September 16, 2016, Defendant requested a forty-five day extension to complete their review process.

17. On or about October 4, 2016, Defendant upheld its previous denial.

18. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to arthritis, total right knee replacement, total blindness in right eye, and other exertional and non-exertional impairments.

19. Plaintiff has exhausted all mandatory administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

20. Each of the Defendant's denials of Plaintiff's claims for LTD benefits was arbitrary and capricious, constituted abuse of Defendant's discretion under the Plan, and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all Plan benefits

owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: March 10, 2017

*/s/ Nick A. Ortiz*
Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E. Jackson St.
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
nick@nickortizlaw.com
Counsel for Plaintiff